```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6-15-20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRADLEY EUGENE STENSON,

           Plaintiff,

v.

CBS STUDIOS INC., and CBS CORPORATION INC.,

           Defendants.

No. 20-CV-687 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of the fact that the first mediation conference is scheduled for July 31, 2020, the initial conference presently scheduled for July 17, 2020 is hereby adjourned *sine die*. If this case is not resolved through mediation, Defendants shall submit the letter and proposed case management plan described in the April 14, 2020 Order, Dkt. 15, within one week of the final mediation conference. As described in the April 14, 2020 Order, Plaintiff may also submit a letter but is not required to do so.

Defendants shall promptly serve this letter on Plaintiff and file proof of such service on the docket.

SO ORDERED.

Dated:    June 15, 2020
            New York, New York

_____
Ronnie Abrams
United States District Judge